**Sergio Ricardo GARCIA–CAMACHO, Petitioner,**

v.

**Loretta E. LYNCH, Attorney General, Respondent.**

No. 15-71543

United States Court of Appeals, Ninth Circuit.

Submitted September 27, 2016 *

Filed October 05, 2016

Prisco David Serrano, Esquire, Law Office of P. David Serrano, Los Angeles, CA, for Petitioner

Laura Halliday Hickein, Attorney, Jennifer R. Khouri, Attorney, DOJ—U.S. Department of Justice, Civil Division/Office of Immigration Litigation, Washington, DC, for Respondent

Before: TASHIMA, SILVERMAN, and M. SMITH, Circuit Judges.

MEMORANDUM **

Sergio Ricardo Garcia–Camacho, a native and citizen of Mexico, petitions for

---

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provid-

review of the Board of Immigration Appeals' order denying his motion to reopen removal proceedings conducted in absentia. We dismiss the petition for review.

We lack jurisdiction to review the agency's decision not to reopen proceedings sua sponte. *See Mejia–Hernandez v. Holder*, 633 F.3d 818, 823–24 (9th Cir. 2011); *cf. Bonilla v. Lynch*, No. 12–73853, 2016 WL 3741866, at *10 (9th Cir. July 12, 2016). We decline to re-examine our holding in *Ekimian v. INS*, 303 F.3d 1153 (9th Cir. 2002), because a three-judge panel cannot reconsider or overrule circuit precedent in the absence of an intervening Supreme Court or en banc decision. *See Avagyan v. Holder*, 646 F.3d 672, 677 (9th Cir. 2011).

**PETITION FOR REVIEW DISMISSED.**

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.